IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DISCRETE WIRELESS, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:06-CV-554-GGB |
| COLEMAN TECHNOLOGIES, INC., | |
| Defendant. | |

## **J U D G M E N T**

This action having come before the Court for a trial by jury on the merits; the issues having been heard and tried, and a verdict having been rendered, it is hereby

**ORDERED** and **ADJUDGED** that neither Plaintiff nor Defendant may recover from the other for its costs of this action.

It is further **ORDERED** and **ADJUDGED** that Plaintiff DISCRETE WIRELESS, INC. have and recover the sum of THREE HUNDRED SIX THOUSAND, FOUR HUNDRED DOLLARS ($306,400.00) in compensatory damages from Defendant Coleman Technologies, Inc. with post-judgment interest thereon as provided by 28 U.S.C. § 1961.

It is further **ORDERED** and **ADJUDGED** that Defendant COLEMAN TECHNOLOGIES, INC. have and recover the sum of TWO HUNDRED TWENTY-NINE THOUSAND, THREE HUNDRED SEVENTY-FOUR DOLLARS ($229,374.00) in compensatory damages from Plaintiff Discrete Wireless, Inc. with post-judgment interest thereon as provided by 28 U.S.C. § 1961.

SO ORDERED this 1st day of September, 2009.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE